■ GERALD JOHNSON, Respondent, v MELVIN OQUENDO, Appellant. [700 NYS2d 702] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered June 21, 1999, unanimously affirmed for the reasons stated by Katz, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Mazzarelli, Wallach and Saxe, JJ.